IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUSTIN L. IRISH,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 19-cv-35-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Justin L. Irish remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 10/16/2019 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |